particularly in the case of a marriage subsequently and innocently entered upon, as this one was. Thus, in a suit between such a party and a subsequent wife, involving mutually exclusive claims to the intestate personal property of the deceased husband, the second wife would prevail. We note that such a result involves a decision not only that the first wife cannot succeed in her claim but also that the subsequent wife is entitled to the widow's rights in the intestate personalty. Therefore, it is clear that if decedent had died intestate, leaving personal property to be administered, his personal property would have "devolved" upon appellant. Chapman v. Chapman, note 3, supra. This brings appellant's situation clearly within the provisions of Title 42 U.S.C.A. § 416(h) (1).

The judgment of the District Court is reversed, with instructions to enter judgment for the appellant.

Reversed.

Jr., Washington, D. C., was on the brief, for appellant. Mr. Laidler B. Mackall, Washington, D. C., also entered an appearance for appellant.

Mr. Douglas A. Clark, Washington, D. C., with whom Mr. Charles H. Quimby, Washington, D. C., was on the brief, for appellee.

Before EDGERTON, WILBUR K. MILLER, and PRETTYMAN, Circuit Judges.

PER CURIAM.

The defendant appeals from a judgment for the plaintiff, entered on a jury's verdict, in a suit for personal injuries. We reversed a former judgment for the defendant. Peigh v. Baltimore & O. R. Co., 92 U.S.App.D.C. 198, 204 F.2d 391. The defendant's contentions concern negligence, contributory negligence, proximate cause, and the admission and exclusion of evidence. We find no error affecting substantial rights.

Affirmed.

WILBUR K. MILLER, Circuit Judge, dissents.

---

The BALTIMORE & OHIO RAILROAD COMPANY, a corporation, Appellant,

v.

Carl N. PEIGH, Buel C. Griffin and Omar A. Safly, Appellees.

No. 12225.

United States Court of Appeals, District of Columbia Circuit.

Argued Dec. 9, 1954.

Decided Feb. 17, 1955.

Mr. Stephen Ailes, Washington, D. C., with whom Mr. Henry C. Ikenberry,

---

Robert ALBAUGH, Appellant,

v.

The PENNSYLVANIA RAILROAD COMPANY, Appellee.

No. 12247.

United States Court of Appeals, District of Columbia Circuit.

Argued Dec. 15, 1954.

Decided Feb. 17, 1955.